UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KIMBERLEE G. MASTERS,                                                                           Plaintiff,

v.                                                                              Civil Action No. 3:17-cv-362-DJH

CONVERGENT OUTSOURCING, INC.,                                                         Defendants.
et al,

\* \* \* \* \*

## JUDGMENT IN A CIVIL ACTION

Defendant Convergent Outsourcing, Inc., having served the Plaintiff with an Offer of Judgment on October 3, 2017 (DN 19-1), and the Plaintiff having filed its acceptance of the Offer of Judgment with this Court on October 17, 2017 (DN 19), pursuant to Fed. R. Civ. P. 68(a),

**IT IS HEREBY ORDERED** that judgment shall be taken against Defendant Convergent Outsourcing, Inc., as set forth in the Offer of Judgment.

**IT IS FURTHER ORDERED** that the claims in this matter are **DISMISSED** as to Defendant Convergent Outsourcing, Inc., only.

Dated:  October 19, 2017

                                ENTERED BY ORDER OF COURT
                                VANESSA L. ARMSTRONG, CLERK
                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF KENTUCKY

By:     */s/ Natalie W. Thompson*
        Natalie W. Thompson, Deputy Clerk